UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. *15Cr10273* |
| V. ) | |
| ) | Violation: 18 USC §401 |
| CATHERINE E. GREIG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### INDICTMENT

THE UNITED STATES GRAND JURY, in and for the District of Massachusetts, sitting at Boston, charges that:

### COUNT ONE
### (18 USC §401)

On or about and between December 9, 2014 and September 22, 2015, in the District of Massachusetts, the defendant,

**CATHERINE E. GREIG**

did unlawfully, knowingly, and willfully disobey and resist a lawful order, rule, decree, and command of a Court of the United States of America, to wit: an order issued by United States District Judge Denise J. Casper dated November 20, 2014 compelling defendant to testify and to provide other information to the grand jury pursuant to Title 18, United States Code, Sections 6002-6003 regarding an investigation into third parties who assisted and harbored James "Whitey" Bulger while Bulger was a fugitive for 16 years from 1995 through 2011.

In violation of Title 18, United States Code, Section 401(3).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
MARY B. MURRANE
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 22, 2015

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   10:56 A